DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**
APR - 6 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

DANIEL SOO KIM

JUNG A LEE

    Debtors

Chapter 13

Case No. 10-55985 SLJ

**NOTICE OF UNCLAIMED DIVIDEND**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2487619 for an unclaimed dividend in the amount of $150.00. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    DANIEL SOO KIM
    JUNG A LEE
    4152 BLACKFORD CIR
    SAN JOSE, CA 95117

Dated: April 05, 2011

                                              DEVIN DERHAM-BURK, TRUSTEE